UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JASON CLARK,

                Petitioner,         NOTICE OF MOTION
                                            TO EXPAND THE RECORD

      -against-                    01-CV-456
                                            (LEK)(GLS)

GEORGE DUNCAN, Superintendent,
Great Meadow Correctional Facility,

                Respondent.

---

    PLEASE TAKE NOTICE that upon the annexed affidavits of JASON CLARK, Petitioner Pro-se, Petitioner, on May 24, 2004 at 9:30 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Syracuse, New York, pursuant to **Rule 7 of the Federal Rules of Civil Procedure**, for an order permitting the Petitioner to expand the record to include additional materials relevant to the determination of the merits of the petition, together with such other or further relief as may be just.

Dated:  April 2, 2004
          Comstock, New York.

                                            Respectfully submitted,

                                            Jason Clark #97-A-1951
                                            Petitioner Pro-se
                                            Great Meadow Corr. Fac.
                                            P.O. Box 51
                                            Comstock, New York, 12821-005

TO:
    Douglas J. Goglia
    Assistant Attorney General, of Counsel
    Bar Roll No. 302406